**ELECTRONIC RECORD**

*027-15*
*028-15*
*083-15*

COA #   06-14-00083-CR          OFFENSE: 21.11

Companion cases

STYLE:   Robert Shayne Kinslow v. The State of Texas          COUNTY: Red River

COA DISPOSITION:   Modified as Modified Affirmed          TRIAL COURT: 6th District Court

DATE: 12/19/14          Publish: No   TC CASE #:   CR01648

---

**IN THE COURT OF CRIMINAL APPEALS**   *027-15*
*028-15*
*083-15*

STYLE:   Robert Shayne Kinslow v. The State of Texas          CCA #: _____

____PRO SE____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

____REFUSED____          JUDGE: _____

DATE: ___04/22/2015___          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

- - - - - - - - - - - - - - - - - - - - - - - - - -

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____